## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | Case No. 24-cr-393 |
| | : | |
| RICHARD ABRAZI | : | **SUBSTITUTION OF ATTORNEY** |
| | : | |

PLEASE TAKE NOTICE that the above-captioned case has been re-assigned to Nicholas K. Peone, Trial Attorney, in substitution for Hyungjoo Han, Trial Attorney, who previously appeared in this matter. *See* Local Civ. R. 102.1 ("Unless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court."); Local Crim. R. 1.1 (adopting Local Civ. R. 102.1).

                                      LORINDA LARYEA
                                      Acting Chief
                                      Criminal Division, Fraud Section
                                      U.S. Department of Justice

                                      */s/ Nicholas K. Peone*
                                      NICHOLAS K. PEONE
                                      Trial Attorney
                                      Criminal Division, Fraud Section
                                      U.S. Department of Justice
                                      970 Broad Street, 7th Floor
                                      Newark, New Jersey 07102
                                      Nicholas.Peone@usdoj.gov
                                      (202) 923-7818

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed via CM/ECF on July 25, 2025.

/s/ *Nicholas K. Peone*
Nicholas K. Peone
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
970 Broad Street, 7th Floor
Newark, New Jersey 07102
Nicholas.Peone@usdoj.gov
(202) 923-7818