UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK DATE: July 30, 2025

JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE: Crim. No. 24-393
U.S.A. v. RICHARD ABRAZI

**APPEARANCES:**
Nicholas Peone, AUSA for the Govt
Paul Fishman, Esq. (Retained) for Deft

NATURE OF PROCEEDING: **STATUS CONFERENCE**

Defendant present.

Status conference held on the record.

Parties request a 60-day continuance.

Status conference to be set to a later date.

Continuance order to be submitted.

Time Commenced: 12:05 p.m.
Time Adjourned: 12:15 p.m.
Total time: 10 mins.

Cc: Chambers                                           Carmen D. Soto
                                                       Senior Courtroom Deputy